United States Bankruptcy Court
District of Colorado

In re:                                                                 Case No. 13-11708-ABC
Ricky Lee Arnell                                                       Chapter 7
Justina Lynne Arnell
         Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1         User: griffina          Page 1 of 1              Date Rcvd: Jan 19, 2016
                             Form ID: pdf904         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2016.
intp           +Dilks and Knopik, LLC,    35308 SE Center Street,    Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp           +E-mail/Text: bklaw2@centurylink.com Jan 19 2016 23:45:00      CenturyLink, Inc.,
                 c/o Glynn Williams,   100 CenturyLink Drive,    Monroe, LA 71203-2041
                                                                                                 TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2016 at the address(es) listed below:
              Michael  Jude    on behalf of Debtor Justina Lynne Arnell michael@judelawllc.com,
               Rhonda@JudeLawLLC.com
              Michael  Jude    on behalf of Debtor Ricky Lee Arnell michael@judelawllc.com,
               Rhonda@JudeLawLLC.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                                 TOTAL: 3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>Ricky Lee Arnell,<br>Justina Lynne Arnell<br><br><br>Debtor(s). | Case No. 13-11708-ABC<br><br>Chapter  7 |

**Request for Claims**
**Deposited into the U. S. Treasury Registry Account**

**THE BURDEN OF PROOF LIES WITH THE CLAIMANT/REQUESTOR**
**AND MUST BE SUBMITTED BY WRITTEN REQUEST**

\_\_\_\_\_   The Court requires that you supply evidence that you have, indeed, located the correct creditor(s) of the funds deposited into the registry of the court.  The following must be submitted:

\_\_\_\_\_   Your request for unclaimed/undistributed funds deposited into the registry of the court will not be filed because:

✔   Your request for unclaimed/undistributed funds deposited into the registry of the court is deficient. Please submit the following:

-Provide evidence that Quest Corporation is a wholly own subsidiary of CenturyLink, Inc.
Exhibit A shows that its a subsidiary but not wholly owned by CenturyLink, Inc.

All requests are subject to final approval by the U. S. Bankruptcy Judge.

Falsification of a request is illegal and subject to fines, penalties, sanctions, and/or imprisonment pursuant to Title 18, United States Code.

Dated 1/15/2016

FOR THE COURT:
Kenneth Gardner, Clerk

By: /s/Andy Griffin
Operations Support Assistant
Cob_UnclaimedFunds@cob.uscourts.gov